THE WALLIN LAW FIRM, PLLC
D. Stephen Wallin, Attorney at Law
1641 East Osborn Road, Suite 8
Phoenix, AZ  85016
Phone:  602-254-2300
Fax:  602-254-2515
steve@stevewallin.com
State Bar No. 014289
Attorney for Defendant CASEY J. PURINGTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 2:24-CR-00797-PHX-GPC-001 |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT** |
| Casey J. Purington, | |
| Defendant. | |
| | *Hon. Gonzalo P. Curiel* |

COMES NOW the Defendant, CASEY J. PURINGTON, by and through counsel undersigned, and submits his objections to the PSR.

Para. 11 alleges that on March 7, 2024, Mr. Purington spoke by telephone to a staff member at the office of the mayor of Phoenix, and said that he was going to break the victim's knees with a baseball bat.  Para. 12 alleges that on March 11, 2021, Mr. Purington spoke by telephone to a staff member at the Arizona Commission on Judicial Conduct, and said, "I'll hang [the victim] right outside her building, and you can tell her I said that.  I'll get justice myself."  These allegations form the basis of Counts 1 and 2.

Mr. Purington strongly denies making either of these statements, as he has done steadfastly throughout these proceedings.  Neither allegation is supported by a recording.  Nor is there another witness to either alleged statement.  They are both "he said/she said" allegations, and doubtless result from theses wit-

nesses misunderstanding Mr. Purington. Although not dispositive, the factual basis was carefully drafted to exclude any reference to these allegations. More importantly, this Court is thoroughly familiar with the remaining allegations, which actually are supported by objective evidence, and is aware that none of them include anything remotely resembling explicit threats of violence. Thus, the above threats are inconsistent with the rest of Mr. Purington's conduct related to this case. That casts grave doubt on their veracity. Further doubt arises from the fact that Mr. Purington has no other record of violence or threats of violence.

These objections do not affect the guidelines calculation. Mr. Purington does not object to the guidelines calculation.

**CONCLUSION**

For the above reasons, the Court should grant the objections.

RESPECTFULLY SUBMITTED April 10, 2025.

THE WALLIN LAW FIRM, PLLC

*s/ D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Counsel for Defendant CASEY J. PURINGTON

*Certificate of Service*

I hereby certify that on the above date, I electronically transmitted the foregoing **DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT**, along with any exhibits and a proposed order, to the Clerk of Court, District of Arizona, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants.

I hereby certify that on the above date, I electronically transmitted the foregoing **DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT**, along with any exhibits and a proposed order, via email to:

**Hon. Gonzalo P. Curiel**
**United States District Judge**

THE WALLIN LAW FIRM, PLLC

*s/ D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Counsel for Defendant CASEY J. PURINGTON